No. 91–6615.  DIAZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–6617.  SMYLIE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–6622.  CASTROMAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–6623.  BARLATIER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–6625.  NGUYEN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–6626.  NATANEL *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 91–6628.  NIMROD *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 91–6629.  LOWERY ET AL. *v.* FERNWOOD INDUSTRIES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–6630.  BLEGEN *v.* UNITED TRUCK MAINTENANCE ET AL. Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 91–6632.  WOODS *v.* TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 91–6636.  HUTCHINGS VON LUDWITZ *v.* COMMONS ET AL. Sup. Ct. Ore.  Certiorari denied.

No. 91–6641.  HART *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6642.  HILL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–6643.  GOOD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6645.  GLOVER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–6647.  FAZZINI *v.* UNITED STATES DEPARTMENT OF JUSTICE.  C. A. 7th Cir.  Certiorari denied.